IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KUYKENDALL and ASSOCIATES, L.L.C., an Alabama limited liability company, and FREDERICK T. KUYKDENALL, III, an individual | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) CASE NO. 08-741-KD-B<br>) |
| PAULK'S MOVING & STORAGE OF MOBILE, INC., a corporation, ROBERTA ASHKIN, an individual, ASHKIN LAW FIRM, a professional corporation, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the following: plaintiffs' "Motion to Stay in Response to Motion to Compel Arbitration", (doc. 8)[1] filed January 14, 2009, and plaintiffs' "Motion to Extend Deadline to Respond to Motion to Compel Arbitration" (doc. 9) filed January 16, 2009. Upon consideration, the motion for extension of time to respond to defendants' motion to compel arbitration is GRANTED, as follows: plaintiffs' response to defendants' motion is due on or before **Monday, February 2, 2009.**

DONE this the 16th day of January 2009.

/s/ Kristi K. DuBose
**KRISTI K .DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] To the extent the motion to stay (doc. 8) moves the court for additional time in which to file a response to defendants' motion to compel arbitration, that motion is granted, as indicated above. However, to the extent plaintiffs' move the court for an order staying this action until such time as the court issues a ruling a motion to remand not yet filed, that portion of the motion is DENIED. The court cannot base its ruling on an event that has not yet occurred.